UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYDIA AUGUST, Individually and on
behalf of others similarly situated,

    Plaintiff,

v.   Case No. 8:22-cv-02325-CEH-TGW

ATLARGE, INC., INVISIBLE VENTURES,
LLC and ANAND PALLEGAR, Individually,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Lydia August ("Plaintiff") and Defendants AtLarge, Inc., Invisible Ventures LLC and Anand Pallegar ("Defendants") (collectively "the parties"), by and through their undersigned counsel, in compliance with Local Rule 3.09, hereby notify this Court of the settlement of the above-styled case. The parties are in the process of finalizing their agreement and, because this action alleges violation of the FLSA, the parties will then file their joint motion for approval of the FLSA settlement with the Court.

**[Signatures Appear on Following Page]**

Dated this 22nd day of November, 2022.

By: /s/ *Wolfgang M. Florin*
Wolfgang M. Florin, Esq.
Florida Bar No. 907804
wolfgang@fgbolaw.com
Christopher D Gray, Esq.
Florida Bar No0. 0902004
chris@fgbolaw.com

**Florin Gray Bouzas Owens, LLC**
16524 Pointe Village Drive, Suite 100
Lutz, FL  33558
(727) 220-4000

*Attorney for Plaintiffs*

/s/ *Cullan E. Jones*
Cullan E. Jones
Florida Bar No. 98615
E-mail: cjones@fordharrison.com

**Ford & Harrison LLP**
401 E. Kennedy Blvd., Suite 2500
Tampa, FL  33602
(813) 261-7800  Telephone
(813) 261-7899  Facsimile

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Wolfgang M. Florin, Esq.
Christopher D. Gray, Esq.
Florin Gray Bouzas Owens, LLC
16524 Pointe Village Drive, Suite 100
Lutz, FL  33558
wolfgang@fgbolaw.com
chris@fgbolaw.com

/s/ *Cullan E. Jones*
Attorney

WSACTIVELLP:13595847.1