UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYDIA AUGUST,

    Plaintiff,

v.                                        Case No: 8:22-cv-2325-CEH-TGW

ATLARGE, INC., INVISIBLE
VENTURES LLC and ANAND
PALLEGAR,

    Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on January 10, 2023 (Doc. 17). In the Report and Recommendation, Magistrate Judge Wilson recommends that the Court grant the parties' Joint Motion for Approval of Settlement Agreement (Doc. 16). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 17) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Approval of Settlement Agreement (Doc. 16) is **GRANTED.** The Settlement Agreement (Doc. 16 - Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to close this file.

**DONE AND ORDERED** in Tampa, Florida on February 1, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record